# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00677-CV

**Texas Department of Public Safety and Bill Hill,
Criminal District Attorney, Appellants**

**v.**

**Evelyn Hayslip Bond Taylor Barton, Appellee**

**FROM THE DISTRICT COURT OF BASTROP COUNTY, 335TH JUDICIAL DISTRICT
NO. 24,895, HONORABLE JOHN L. PLACKE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to reverse and remand for entry of an agreed expunction order, stating they have resolved their dispute. We grant the motion, reverse the trial court's judgment, and remand the cause to the trial court to allow for entry of an agreed order.

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Reversed and Remanded on Joint Motion

Filed:   January 11, 2005